## Receipt 3605

**VILLAGE VAULT**
7 Belmont Street
NORTHBOROUGH, MASSACHUSETTS 01532
(508) 898-9100

DET. OCONNOR
CREDIT

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| | | 10-3-16 |

NAME: STOUGHTON P.D.
ADDRESS: 26 ROSE ST
STOUGHTON MASS. 02072

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | S&W COBRA #99-006306L | | |
| | FOREHAND TB #15312 | | |
| | FN 39 #37374A | | |
| | S&W SD9VE #HFN6346 | | |
| | STAR PIEPER #57731A | | |
| | H&R 1873 #1674 | | |

TAX
TOTAL

RECEIVED BY

**VALUE BASED ON CONDITION**

3605    Thank You

---

## Receipt 3604

**VILLAGE VAULT**
7 Belmont Street
NORTHBOROUGH, MASSACHUSETTS 01532
(508) 898-9100

DET. OCONNOR
CREDIT   CREDIT $2,850.00 PSD

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| | | 10-3-16 |

NAME: STOUGHTON P.D.
ADDRESS: 26 ROSE ST
STOUGHTON MA 02072

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | REMINGTON 1100 #A573394 | | |
| | MARLIN 99C #2236778 | | |
| | REMINGTON 10C #2492593 | | |
| | BROWNING BL22 # NSN | | |
| | PLAINFIELD M1 #46445 | | |
| | MOSSBERG 500A #R885137 | | |
| | WEATHERBY VANGUARD #VS121590 | | |
| | SAVAGE 340 # NONE | | |
| | WINCHESTER 67 # NONE | | |
| | RANGER 52 # NONE | | |
| | BUSHMASTER XM-15 E2S #BF1643914 | | |
| | TAURUS PT24/7 #TEM35359 | | |
| | SPRINGFIELD XD40 #XD421352 | | |
| | COLT CW CENT #15354M | | |
| | COLT CW CENT #15353C | | |

RECEIVED BY: CREDIT $2850.00

TAX
TOTAL

**VALUE BASED ON CONDITION**

3604    Thank You