## Receipt 3605

**VILLAGE VAULT**
7 Belmont Street
NORTHBOROUGH, MASSACHUSETTS 01532
(508) 898-9100

DET. OCONNOR
CREDIT

- CUSTOMER'S ORDER NO.:
- PHONE:
- DATE: 10-3-16
- NAME: STOUGHTON P.D.
- ADDRESS: 26 ROSE ST STOUGHTON MASS. 02072

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | SWD COBRA #99-006306L | | |
| | FOREHAND TB #15312 | | |
| | FN 39 #37374A | | |
| — | S&W SD9VE #HFN6346 | | |
| | STAR PIEPER #57731A | | |
| | H&R 1873 #1674 | | |

TAX:
TOTAL:

VALUE BASED ON CONDITION
Thank You

---

## Receipt 3604

**VILLAGE VAULT**
7 Belmont Street
NORTHBOROUGH, MASSACHUSETTS 01532
(508) 898-9100

DET. OCONNOR
CREDIT   CREDIT $2,850.00  PSD

POWELL 000127

- CUSTOMER'S ORDER NO.:
- PHONE:
- DATE: 10-3-16
- NAME: STOUGHTON P.D.
- ADDRESS: 26 ROSE ST STOUGHTON MA 02072

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | REMINGTON 1100 #A573394 | | |
| | MARLIN 99C #22356778 | | |
| | REMINGTON 10C #2492593 | | |
| | BROWNING BL22 # NSN | | |
| | PLAINFIELD M1 #46445 | | |
| | MOSSBERG 500A #R885137 | | |
| | WEATHERBY VANGUARD #VS121590 | | |
| | SAVAGE 340 NONE | | |
| | WINCHESTER 67 NONE | | |
| | RANGER 52 NONE | | |
| — | BUSHMASTER XM-15 E2S #BF1643914 | | |
| | TAURUS PT24/7 #TEM35359 | | |
| | SPRINGFIELD XD40 #XD421352 | | |
| | COLT CW CENT #15354M | | |
| | ~~COLT CW CENT #15359U~~ | | |

Credit $2,850.00

TAX:
TOTAL:

VALUE BASED ON CONDITION
Thank You