UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS *ex rel.* MYKEL POWELL and COMMONWEALTH SECOND AMENDMENT, INC.; and MYKEL POWELL,<br><br>Plaintiffs,<br><br>-against-<br><br>SGT. BRIAN HOLMES, in his Individual and Official Capacity as Sergeant of the Stoughton Police Department; JAMES O'CONNOR, in his Individual and Official Capacity as Deputy Chief of the Stoughton Police Department; DONNA M. McNAMARA, in her Individual and Official Capacity as Chief of the Stoughton Police Department; and VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT,<br><br>Defendants. | CIVIL ACTION NO.<br>1:18-cv-11336-FDS |

## MOTION TO ADMIT DAVID D. JENSEN *PRO HAC VICE*

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, Plaintiff moves for the admission of David D. Jensen, *pro hac vice*, on the following grounds:

1. David Jensen is a member of the bar in good standing in every jurisdiction he has been admitted to practice.

2. David Jensen is not the subject of disciplinary proceedings in any jurisdiction he has been admitted to practice.

3. David Jensen has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

4. David Jensen has reviewed and is familiar with the Local Rules of this Court.

5.      The undersigned, an attorney admitted to practice and in good standing before this Court, has appeared in this action.

Dated:  May 29, 2019

>   Respectfully submitted,
>
>   THE PLAINTIFF,
>   By his attorney,
>
>   /s/ Margarita Smirnova
>   Margarita Smirnova, Esq.
>   BBO No. 680429
>   7 Greenbriar Drive #109
>   North Reading, MA 01864
>   Telephone: (617) 398-7482
>   margarita.smirnova@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 29, 2019.

>   /s/ Margarita Smirnova
>   Margarita Smirnova, Esq.
>   BBO No. 680429
>   7 Greenbriar Drive #109
>   North Reading, MA 01864
>   Telephone: (617) 398-7482
>   margarita.smirnova@gmail.com