UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS *ex rel.* MYKEL POWELL and COMMONWEALTH SECOND AMENDMENT, INC.; and MYKEL POWELL,<br><br>Plaintiffs,<br><br>-against-<br><br>SGT. BRIAN HOLMES, in his Individual and Official Capacity as Sergeant of the Stoughton Police Department; JAMES O'CONNOR, in his Individual and Official Capacity as Deputy Chief of the Stoughton Police Department; DONNA M. McNAMARA, in her Individual and Official Capacity as Chief of the Stoughton Police Department; and VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT,<br><br>Defendants. | CIVIL ACTION NO. 1:18-cv-11336-FDS |

## **DECLARATION OF DAVID D. JENSEN**

I, DAVID D. JENSEN, declare as follows:

1. I am an attorney with offices in Beacon, New York and New York, New York. I am over 18 years of age and am competent to testify on my own behalf.

2. I am a member in good standing of every jurisdiction in which I have been admitted to the practice of law.

3. There are no disciplinary charges pending against me in any jurisdiction.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

-2-

5.      I have reviewed and become familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.      A regular member of the bar of this Court is advancing the present motion and has filed a notice of appearance in this case.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: May 29, 2019

                                    /s/ David D. Jensen
                                    David D. Jensen