# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney
Jeremy I. Silverfine
Naomi R. Stonberg
Judy A. Levenson
Thomas R. Donohue

699 Boylston Street
Boston, Massachusetts 02116
Telephone 617 880 7100 • Facsimile 617 880 7171

www.bhpklaw.com

Kristin Tyler Harris
Gregor A. Pagnini
Evan C. Ouellette
Michael Stefanilo, Jr.

OF COUNSEL
Hon. Paul A. Chernoff (Ret.)
Deidre Brennan Regan
Andrew A. Rainer

January 3, 2020

*Via email only: margarita.smirnova@gmail.com*
Margarita Smirnova, Esq.
7 Greenbriar Drive, Unit 109
North Reading, MA 01864

*Via email only: david@djensenpllc.com*
David Jensen, Esq.
111 John Street, Suite 420
New York, NY 10038

RE:   Commonwealth of Massachusetts ex. rel. Mykel Powell, et al Brian Holmes, et al
        Docket No.: 18-11336FDS

Dear Attorneys Smirnova and Jensen:

Enclosed please find the following with regard to the above-referenced matter:

1. *Defendants Brian Holmes, James O'Connor and Donna M. McNamara's Response to "Plaintiffs' First Request For Production To Each And Every Defendant"*; and

2. *Defendants Brian Holmes, James O'Connor And Donna M. McNamara's Answers To "Plaintiffs' First Interrogatories To Each And Every Defendant"*

Regarding the Plaintiffs' subsequent discovery requests served via email on December 17, 2019, they were not served within the timeframe established by the Court's scheduling order. The Court ordered *"Written discovery (requests for production of documents, interrogatories and request for admissions) shall be served no later than December 6, 2019."* As a result, the Defendants will not provide responses to the Plaintiffs' Rule 33 and 34 requests served in violation of the Court's mandate.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

BRODY, HARDOON, PERKINS & KESTEN, LLP

*Thomas Donohue*

Thomas R. Donohue

TRD:nrs
Enclosures

cc.   Andrew J. Gambaccini, Esq. *[via email only]*