

# REARDON, JOYCE & AKERSON, P.C.

ATTORNEYS AT LAW
(A PROFESSIONAL CORPORATION)

4 Lancaster Terrace, Worcester, Massachusetts 01609
508-754-7285   fax: 508-754-7220   www.rja-law.com

Edward P. Reardon (1926-2010)
Austin M. Joyce
Michael J. Akerson
John K. Vigliotti
Andrew J. Gambaccini

January 10, 2020

VIA EMAIL ONLY:   margarita.smirnova@gmail.com
Margarita Smirnova
7 Greenbriar Drive, Unit 109
North Reading, MA 01864

VIA EMAIL ONLY:   david@djensenpllc.com
David Jensen
David Jensen PLLC
111 John Street, Suite 420
New York, New York 10038

VIA EMAIL ONLY:   tdonohue@bhpklaw.com
Thomas R. Donohue
Brody, Hardoon, Perkins & Kesten, LLP
699 Boylston Street, 12th Floor
Boston, MA 02116

> **RE:   Commonwealth of Massachusetts ex. rel. Mykel Powell, et al. v. Sgt. Brian Holmes, et al.**
> **United States District Court Civil Action No.:   18-11336-FDS**

Dear Counsel:

With regard to the above-referenced matter, enclosed please find Village Gun Shop, Inc. d/b/a Village Vault and Peter's Dowd's responses to the plaintiffs' document requests.   I am awaiting a signature on the interrogatory responses and will forward those responses separately.

Also, for the same reasons expertly identified by Attorney Donohue in his January 3, 2020 correspondence related to the second round of written discovery requests directed to his clients, the December 19, 2019 written discovery requests made to my clients fall outside the Court's established deadline for service of written discovery.   As I intend to abide by the Court's discovery directives, my clients will not respond to those December 19, 2019 requests.

As always, should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Andrew J. Gambaccini

AJG/kh
Enclosures