UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 1:18-cv-11336-FDS

COMMONWEALTH OF MASSACHUSETTS
*ex rel.* MYKEL POWELL, COMMONWEALTH
SECOND AMENDMENT, INC. and BRENT
CARLTON; and MYKEL POWELL,

    Plaintiffs,

v.

BRIAN HOLMES, in his Individual and his
Official Capacity as the Sergeant of the Stoughton
Police Department; JAMES O'CONNOR, in his
Individual and his Official Capacity as Deputy
Chief of the Stoughton Police Department;
DONNA M. McNAMARA, in her Individual and
his Official Capacity as Chief of the Stoughton
Police Department; VILLAGE GUN SHOP, INC.
d/b/a VILLAGE VAULT; and PETER DOWD,

    Defendants

## DEPOSITION SUBPOENA PURSUANT TO M.R.C.P. RULE 30(b)(6) AND RULE 45

TO:    **Massachusetts State Police**
        **c/o Jennifer Staples, General Counsel**
        **470 Worcester Road**
        **Framingham, MA 0170**

**GREETINGS:**

YOU ARE HEREBY COMMANDED in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure to appear and testify pursuant to Rule 30(b)(6) concerning the matters identified in the attached Schedule A on behalf of the Stoughton Defendants at the offices of Attorney Thomas R. Donohue, Brody, Hardoon, Perkins & Kesten, LLP, 699 Boylston Street, 12th Floor, Boston,

3

Massachusetts 02116, on **Thursday, April 16, 2020 at 10:00 a.m.**, before a Notary Public of the Commonwealth of Massachusetts or some before some other officer authorized by law to administer oath. Pursuant to Rule 30(b)(6), the **Massachusetts State Police** "shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf" concerning the matters set out in the attached Schedule A. You are further requested to bring with you the documents identified on the attached Schedule B.

Foregoing counsel hereby certifies that the attached notice has been mailed this day to Plaintiffs' counsel.

The deponent herein must produce proper identification at the time of his/her deposition. Accepted forms of identification are at least one current document issued by a Federal or State government agency, i.e. driver's license, a valid passport, military ID or another government-issued document evidencing the individual's nationality or residence. The identification must bear a photographic image of the individual's face and signature.

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

*Thomas Donohue*
Thomas R. Donohue
Brody, Hardoon, Perkins & Kesten, LLP
699 Boylston Street, 12th Floor
Boston, MA 02116
(617) 880-7100
tdonohue@bhpklaw.com
[Attorney for Brian Holmes, James O'Connor, and Donna McNamara]

DATED: February 11, 2020

Notary Public:
My Commission Expires   2/6/29

4

## SCHEDULE A

**The designated deponent most knowledgeable shall *testify* to the following matters:**

1. The Massachusetts State Police receiving firearms or ammunition from municipal police departments (when the firearms and ammunition are not considered evidence of a crime);

2. The Commonwealth receiving firearms or ammunition from municipal police departments (when the firearms and ammunition are not considered evidence of a crime);

3. The Massachusetts State Police receiving firearms or ammunition pursuant to M.G.L. c. 140 §129D;

4. The Commonwealth receiving firearms or ammunition pursuant to M.G.L. c. 140 §129D;

5. The Massachusetts State Police selling at auction firearms or ammunition;

6. The Commonwealth selling at auction firearms or ammunition;

7. The Massachusetts State Police's disposal of firearms;

8. The Commonwealth's disposal of firearms;

9. The Massachusetts State Police remitting proceeds of firearm or ammunition sales to the state treasurer or Commonwealth; and

10. The Commonwealth benefitting from the Massachusetts State Police's sale or auctioning of firearms or ammunition.

## SCHEDULE B

**The designated deponent most knowledgeable shall *bring* the following documents with him/her to the deposition:**

1. Any and all documents regarding the Massachusetts State Police receiving firearms or ammunition from municipal police departments (when the firearms and ammunition are not considered evidence of a crime);

2. Any and all documents regarding the Commonwealth receiving firearms or ammunition from municipal police departments (when the firearms and ammunition are not considered evidence of a crime);

5

3. Any and all documents regarding the Massachusetts State Police receiving firearms or ammunition pursuant to M.G.L. c. 140 §129D;

4. Any and all documents regarding the Commonwealth receiving firearms or ammunition pursuant to M.G.L. c. 140 §129D;

5. Any and all documents regarding the Massachusetts State Police selling at auction firearms or ammunition;

6. Any and all documents regarding the Commonwealth selling at auction firearms or ammunition;

7. Any and all documents regarding the Massachusetts State Police's disposal of firearms;

8. Any and all documents regarding the Commonwealth's disposal of firearms;

9. Any and all documents regarding the Massachusetts State Police remitting proceeds of firearm or ammunition sales to the state treasurer or Commonwealth; and

10. Any and all documents regarding the Commonwealth benefitting from the Massachusetts State Police's sale or auctioning of firearms or ammunition.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 1:18-cv-11336-FDS

COMMONWEALTH OF MASSACHUSETTS
*ex rel.* MYKEL POWELL, COMMONWEALTH
SECOND AMENDMENT, INC. and BRENT
CARLTON; and MYKEL POWELL,

Plaintiffs,

v.

BRIAN HOLMES, in his Individual and his
Official Capacity as the Sergeant of the Stoughton
Police Department; JAMES O'CONNOR, in his
Individual and his Official Capacity as Deputy
Chief of the Stoughton Police Department;
DONNA M. McNAMARA, in her Individual and
his Official Capacity as Chief of the Stoughton
Police Department; VILLAGE GUN SHOP, INC.
d/b/a VILLAGE VAULT; and PETER DOWD,

Defendants

## DEPOSITION SUBPOENA PURSUANT TO M.R.C.P. RULE 30(b)(6) AND RULE 45

**TO:** Executive Office of Public Safety and Security (EOPSS)
1 Ashburton Place, Suite 2133
Boston, MA 02108

**GREETINGS:**

YOU ARE HEREBY COMMANDED in the name of the Commonwealth of

Massachusetts in accordance with the provisions of Rule 45 of the Federal Rules of Civil

Procedure to appear and testify pursuant to Rule 30(b)(6) concerning the matters identified in the

attached Schedule A on behalf of the Stoughton Defendants at the offices of Attorney Thomas R.

Donohue, Brody, Hardoon, Perkins & Kesten, LLP, 699 Boylston Street, 12th Floor, Boston,

3

Massachusetts 02116, on **Thursday, April 16, 2020 at 2:00 p.m.** before a Notary Public of the Commonwealth of Massachusetts or some before some other officer authorized by law to administer oath. Pursuant to Rule 30(b)(6), the **Executive Office of Public Safety and Security** "shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf" concerning the matters set out in the attached Schedule A. You are further requested to bring with you the documents identified on the attached Schedule B.

Foregoing counsel hereby certifies that the attached notice has been mailed this day to Plaintiffs' counsel.

The deponent herein must produce proper identification at the time of his/her deposition. Accepted forms of identification are at least one current document issued by a Federal or State government agency, i.e. driver's license, a valid passport, military ID or another government-issued document evidencing the individual's nationality or residence. The identification must bear a photographic image of the individual's face and signature.

Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

*Thomas Donohue*

Thomas R. Donohue
Brody, Hardoon, Perkins & Kesten, LLP
699 Boylston Street, 12th Floor
Boston, MA 02116
(617) 880-7100
tdonohue@bhpklaw.com
[Attorney for Brian Holmes, James O'Connor, and Donna McNamara]

DATED: February 11, 2020

Notary Public:
My Commission Expires  2/6/26

## SCHEDULE A

**The designated deponent most knowledgeable shall *testify* to the following matters:**

1. The Massachusetts State Police receiving firearms or ammunition from municipal police departments (when the firearms and ammunition are not considered evidence of a crime);

2. The Commonwealth receiving firearms or ammunition from municipal police departments (when the firearms and ammunition are not considered evidence of a crime);

3. The Massachusetts State Police receiving firearms or ammunition pursuant to M.G.L. c. 140 §129D;

4. The Commonwealth receiving firearms or ammunition pursuant to M.G.L. c. 140 §129D;

5. The Massachusetts State Police selling at auction firearms or ammunition;

6. The Commonwealth selling at auction firearms or ammunition;

7. The Massachusetts State Police's disposal of firearms;

8. The Commonwealth's disposal of firearms;

9. The Massachusetts State Police remitting proceeds of firearm or ammunition sales to the state treasurer or Commonwealth; and

10. The Commonwealth benefitting from the Massachusetts State Police's sale or auctioning of firearms or ammunition.

## SCHEDULE B

**The designated deponent most knowledgeable shall *bring* the following documents with him/her to the deposition:**

1. Any and all documents regarding the Massachusetts State Police receiving firearms or ammunition from municipal police departments (when the firearms and ammunition are not considered evidence of a crime);

2. Any and all documents regarding the Commonwealth receiving firearms or ammunition from municipal police departments (when the firearms and ammunition are not considered evidence of a crime);

3. Any and all documents regarding the Massachusetts State Police receiving firearms or ammunition pursuant to M.G.L. c. 140 §129D;

4. Any and all documents regarding the Commonwealth receiving firearms or ammunition pursuant to M.G.L. c. 140 §129D;

5. Any and all documents regarding the Massachusetts State Police selling at auction firearms or ammunition;

6. Any and all documents regarding the Commonwealth selling at auction firearms or ammunition;

7. Any and all documents regarding the Massachusetts State Police's disposal of firearms;

8. Any and all documents regarding the Commonwealth's disposal of firearms;

9. Any and all documents regarding the Massachusetts State Police remitting proceeds of firearm or ammunition sales to the state treasurer or Commonwealth; and

10. Any and all documents regarding the Commonwealth benefitting from the Massachusetts State Police's sale or auctioning of firearms or ammunition.