10-3-16 Stoughton PD 26 Rose St Stoughton MA 02072

| ID | Make | Model | Serial | Caliber | Type |
|---|---|---|---|---|---|
| D31960 | Remington | 1100 | P15773234 | 20GA | SG |
| D31961 | MARLIN | 99C | 22356778 | 22LR | RIFLE |
| D31962 | Remington | 600 | B492593 | 22LR | RIFLE |
| D31963 | Browning | 22ATD | 2L37593 | 22LR | RIFLE |
| D31964 | Plainfield | M1 CARBine | 45445 | 30 | RIFLE |
| D31965 | Mossberg | 500A | R85137 | 12GA | SG |
| D31966 | Weatherby | Vanguard | VS121090 | 7MMMAG | RIFLE |
| D31967 | Savage | 340 | NSN | 30-30 | RIFLE |
| D31968 | Winchester | 67 | NSN | 22 | RIFLE |
| D31969 | Mauser | 98 | NSN | 8MMR | RIFLE |
| D31970 | Bush-master | VM15-E2S | 3FL04914 | 5.56 | RIFLE |
| D31971 | Taurus | PT94/762 | TEM35559 | 9MM | PISTOL |
| D31972 | Springfield | XPtc | XD948352 | 40S&W | PISTOL |
| D31973 | Colt | CWCCMT | 15355W | 225 | PISTOL |
| D31974 | Colt | CWCCMT | 15355A | 225 | PISTOL |
| D31975 | S&W | CORR49 | 84046266 | 9MM | PISTOL |
| D31976 | Forehand | TIR | 15372 | 32 | REV |
| D31977 | FN | 39 | 37574A | 9MM | PISTOL |
| D31978 | S&W | SD9VE | HFN6346 | 9MM | PISTOL |
| D31979 | SIG | P6P2R | 37731A | 25 | PISTOL |
| D31980 | HR | 1873 | 1674 | 45/70 | RIFLE |

Exhibit 8
Dowd
5/29/2018
Reporter: Kimberly A. Smith
Shea Court Reporting Services