Payment to be made IN FULL for all credited firearms within fifteen (15) days upon completion of the project. Projected completion time is eight (8) six (6) hour days.

    Village Gun Shop Inc./Village Vault has been in business for over 30 years. We are federally and state licensed, bonded and fully insured in compliance with MGL c 140, Sec. 129D.

    For non-evidentiary firearms being stored: Owners of Firearms are notified via certified mail that their firearms are being stored here. They are sent a notification letter with our terms and fees and a formal inventory including make, model, serial number and the condition of each firearm and accessory. Owners are billed out monthly. If unpaid after approximately 100 days, Owners are sent Default notices (via certified mail) with approximately 21 days to get their accounts paid up to date. Any accounts still in default: Firearms and accessories are then sent to a public auction house for public auction. Settlement letters would be sent listing the sale price of the firearms, auction fees, and any balance due. Any proceeds (after the auctions fees and storage fees) would be paid to the Owner of Record.

Massachusetts Police Department references:

1) Northboro Police Dept.
   211 Main St., Northboro, MA 01532
   Chief William Lyver
   508-393-1515
   police@town.northborough.ma.us

2) Westborough Police Dept.
   P.O. Box 1123, 45 West Main St., Westborough, MA 01581
   Chief Alan Gordon
   508-366-3060
   AGordon@town.westborough.ma.us

3) Southborough Police Dept.
   19 Main St., Southborough, MA 01772
   Chief Kenneth Paulhus
   508-485-2121
   KPaulhus@southboroughma.com

MPOWELL00704

4) Agawam Police Dept.
   681 Springfield St., Feeding Hills, MA 01030
   Sgt. Stephen Grasso
   413-786-4767

5) Chicopee Police Dept.
   110 Church St., Chicopee, MA 01020
   Chief William Jebb
   413-592-6341

6) Palmer Police Dept.
   4419 Main St., Palmer, MA 01069
   Chief John Janulewicz
   413-283-8792
   J.Janulewicz@palmerpolice.org

7) Southbridge Police Dept.
   1 Mechanic St., Southbridge, MA 01550
   Officer Duane Ledoux
   508-764-4250

8) Tewksbury Police Dept.
   918 Main St., Tewksbury, MA 01876
   Det. Andre Gonzalez
   978-851-7373

9) Grafton Police Dept.
   28 Providence Rd., Grafton, MA 01519
   Det. Daniel Wenc
   508-839-2858 X227
   wenc@graftonpolice.com

10) Malden Police Dept.
    800 Eastern Ave., Malden, MA 02148
    Capt. Marc Gatcomb
    781-397-7181
    mgatcomb@maldenpd.com

MPOWELL00705

11) North Andover Police Dept.
    1475 Osgood St., N. Andover, MA 01845
    Officer Patrick Beirne
    978-688-9500

12) Plymouth Police Dept.
    20 Long Pond Rd., Plymouth, MA 02360
    Det. Lt. Antonio Gomes
    508-830-4218

13) Franklin Police Dept.
    911 Panther Way, Franklin, MA 02038
    Lt. John Ryan
    508-528-1212

14) Winchester Police Dept.
    30 Mt. Vernon St., Winchester, MA 01890
    Chief Peter MacDonnell
    781-729-1214

Financial contact:  Millbury Federal Credit Union
                    Joseph Barbato, President 508-865-7600
                    Paul Crumlisk, Sr. Comm. Loan Officer 58-865-8712

Peter G. Dowd
President

MPOWELL00706