# Village Vault

www.VILLAGEVAULT.com
Bonded Public Warehouse for Firearms Storage
508-898-9100

We have successfully serviced over **150 Massachusetts Police Departments** and we are adding more monthly. Ask our satisfied clients how we can help you and your department take the headaches and liability out of gun storage, especially regarding firearms transfers, registrations and dispositions.

| | | | | |
|---|---|---|---|---|
| ABINGTON | DUDLEY | LINCOLN | NORTON | STOUGHTON |
| ANDOVER | EASTON | LITTLETON | NORWELL | STURBRIDGE |
| ARLINGTON | EVERETT | LONGMEADOW | NORWOOD | SUTTON |
| ASHBURNHAM | FAIRHAVEN | LOWELL | OAKHAM | SWANSEA |
| ASHBY | FITCHBURG | LUNENBURG | ORANGE | SWAMPSCOTT |
| ASHLAND | FOXBOROUGH | LYNN | OXFORD | TEMPLETON |
| ATHOL | FRAMINGHAM | LYNNFIELD | PALMER | TEWKSBURY |
| ATTLEBORO | FRANKLIN | MALDEN | PEABODY | TISBURY |
| AUBURN | FREETOWN | MARBLEHEAD | PELHAM | TOPSFIELD |
| AYER | GARDNER | MARION | PEMBROKE | TOWNSEND |
| BARRE | GEORGETOWN | MA STATE POLICE | PETERSHAM | TYNGSBOROUGH |
| BEDFORD | GLOUCESTER | MEDFORD | PLAINVILLE | UPTON |
| BELMONT | GRAFTON | MEDWAY | PRINCETON | UXBRIDGE |
| BERKLEY | GROVELAND | MERRIMAC | QUINCY | WAKEFIELD |
| BEVERLY | HALIFAX | METHUEN | RANDOLPH | WALPOLE |
| BILLERICA | HAMPDEN | MIDDLEBORO | READING | WALTHAM |
| BLACKSTONE | HANOVER | MILFORD | REHOBOTH | WARREN |
| BOLTON | HARVARD | MILLBURY | REVERE | WEBSTER |
| BOYLSTON | HATFIELD | MILLVILLE | ROCHESTER | WELLESLEY |
| BOXBOROUGH | HAVERHILL | MILTON | ROCKPORT | WENHAM |
| BOXFORD | HOLDEN | MONSON | ROWLEY | W. BOYLSTON |
| BRAINTREE | HOLLISTON | MONTAGUE | ROYALSTON | W. BRIDGEWATER |
| BRIDGEWATER | HOPEDALE | NEW BEDFORD | SAUGUS | W. BROOKFIELD |
| BROCKTON | HOPKINTON | NEW BRAINTREE | SALISBURY | W. NEWBURY |
| BURLINGTON | HUBBARDSTON | NEW SALEM | SCITUATE | WESTBOROUGH |
| CAMBRIDGE | HUDSON | NEWBURY | SHREWSBURY | WESTFORD |
| CANTON | HULL | NEWTON | SOMERSET | WESTON |
| CARVER | IPSWICH | NORFOLK | SOMERVILLE | WESTPORT |
| CHARLTON | KINGSTON | N. ANDOVER | SOUTHBOROUGH | WESTWOOD |
| COHASSET | LAKEVILLE | N. ATTLEBORO | SOUTHBRIDGE | WHITMAN |
| CONCORD | LAWRENCE | N. BROOKFIELD | SOUTHWICK | WILMINGTON |
| DANVERS | LEE | N. READING | SPENCER | WINCHENDON |
| DEDHAM | LEICESTER | NORTHBOROUGH | STERLING | WOBURN |
| DOUGLAS | LEOMINSTER | NORTHBRIDGE | STONEHAM | WRENTHAM |
| DRACUT | | | | |

MPOWELL00923



# Village Vault
**Bonded Public Warehouse for Firearms Storage**

- Home
- About Us
- Our Clients
- Terms/Fees
- Police FAQ
- Gun Owner FAQ
- Contact Us

## Our Clients

We have successfully served these **Massachusetts Police Departments** and we are adding more monthly. Ask our satisfied clients how we can help you and your department take the headaches and liability out of gun storage and help you comply with Massachusetts gun storage laws and *proper dispositions*.

| Police Dept | Police Dept | Police Dept | Police Dept |
|---|---|---|---|
| Andover | Fitchburg | Merrimac | Southbridge |
| Ashburnham | Framingham | Methuen | Spencer |
| Ashland | Franklin | Middleboro | Sturbridge |
| Athol | Freetown | Milford | Sutton |
| Attleboro | Gardner | Millbury | Swampscott |
| Auburn | Georgetown | Millville | Tewksbury |
| Barre | Grafton | Monson | Tisbury |
| Belmont | Halifax | New Braintree | Townsend |
| Billerica | Harvard | New Salem | Uxbridge |
| Blackstone | Haverhill | Norfolk | Wakefield |
| Bolton | Holden | North Andover | Walpole |
| Boylston | Hopkinton | North Attleboro | Waltham |
| Boxborough | Hubbardston | North Brookfield | Warren |
| Bridgewater | Hull | Northborough | Wellesley |
| Burlington | Ipswich | Northbridge | Wenham |
| Cambridge | Kingston | Oakham | West Boylston |
| Canton | Lakeville | Peabody | Westborough |
| Carver | Lawrence | Petersham | Westfield |
| Charlton | Leicester | Plymouth | Westford |
| Cohasset | Leominster | Revere | Westhampton |
| Concord | Lowell | Rowley | Westwood |
| Danvers | Lunenburg | Saugus | Wilmington |
| Dedham | Malden | Shrewsbury | Winchendon |
| Douglas | Marblehead | Somerset | Woburn |
| Everett | Medford | Southborough | Wrentham |

MPOWELL00957



# Village Vault

www.VILLAGEVAULT.com
Bonded Public Warehouse for Firearms Storage
508-898-9100

We have successfully serviced over 200 **Massachusetts Police Departments** and we are adding more monthly. Ask our satisfied clients how we can help you and your department take the headaches and liability out of gun storage, especially regarding firearms transfers, registrations and dispositions.

| | | | | |
|---|---|---|---|---|
| ABINGTON | DEDHAM | LEOMINSTER | NORTHBRIDGE | STERLING |
| ADAMS | DEERFIELD | LEXINGTON | NORTHFIELD | STONEHAM |
| AGAWAM | DOUGLAS | LEYDEN | NORTHAMPTON | STOUGHTON |
| ANDOVER | DOVER | LINCOLN | NORTON | STOW |
| ARLINGTON | DRACUT | LITTLETON | NORWELL | STURBRIDGE |
| ASHBURNHAM | DUDLEY | LONGMEADOW | NORWOOD | SUDBURY |
| ASHBY | DUXBURY | LOWELL | OAKHAM | SUTTON |
| ASHLAND | EASTON | LUNENBURG | ORANGE | SWAMPSCOTT |
| ATHOL | ESSEX | LYNN | OXFORD | SWANSEA |
| ATTLEBORO | EVERETT | LYNNFIELD | PALMER | TAUNTON |
| AUBURN | FAIRHAVEN | MALDEN | PAXTON | TEMPLETON |
| AYER | FITCHBURG | MANCHESTER BY-THE-SEA | PEABODY | TEWKSBURY |
| BARRE | FOXBOROUGH | | PELHAM | TISBURY |
| BEDFORD | FRAMINGHAM | MANSFIELD | PEMBROKE | TOPSFIELD |
| BELCHERTOWN | FRANKLIN | MARBLEHEAD | PETERSHAM | TOWNSEND |
| BELLINGHAM | FREETOWN | MARION | PHILLIPSTON | TYNGSBOROUGH |
| BELMONT | GARDNER | MARLBOROUGH | PLAINVILLE | UPTON |
| BERKLEY | GEORGETOWN | MA STATE POLICE | PLYMPTON | UXBRIDGE |
| BERNARDSTON | GLOUCESTER | MATTAPOISETT | PRINCETON | WAKEFIELD |
| BERLIN | GRAFTON | MAYNARD | QUINCY | WALPOLE |
| BEVERLY | GREENFIELD | MEDFORD | RANDOLPH | WALTHAM |
| BILLERICA | GROVELAND | MEDWAY | READING | WAREHAM |
| BLACKSTONE | HALIFAX | MELROSE | REHOBOTH | WARREN |
| BOLTON | HAMILTON | MERRIMAC | REVERE | WATERTOWN |
| BOYLSTON | HAMPDEN | METHUEN | ROCHESTER | WEBSTER |
| BOXBOROUGH | HANOVER | MIDDLEBORO | ROCKPORT | WELLESLEY |
| BOXFORD | HARDWICK | MILFORD | ROWLEY | WENHAM |
| BOYLSTON | HARVARD | MILLBURY | ROYALSTON | W. BOYLSTON |
| BRAINTREE | HATFIELD | MILLVILLE | RUTLAND | W. BRIDGEWATER |
| BRIDGEWATER | HAVERHILL | MILTON | SALEM | W. BROOKFIELD |
| BROCKTON | HINGHAM | MONSON | SALISBURY | W. NEWBURY |
| BROOKFIELD | HOLDEN | MONTAGUE | SAUGUS | WESTBOROUGH |
| BROOKLINE | HOLLISTON | NATICK | SCITUATE | WESTFORD |
| BURLINGTON | HOPEDALE | NEW BEDFORD | SHARON | WESTMINSTER |
| CAMBRIDGE | HOPKINTON | NEW BRAINTREE | SHELBURNE | WESTON |
| CANTON | HUBBARDSTON | NEWBURY | SHERBORN | WESTPORT |
| CARLISLE | HUDSON | NEWBURYPORT | SHIRLEY | WESTWOOD |
| CARVER | HULL | NEWTON | SHREWSBURY | WHITMAN |
| CHARLTON | IPSWICH | NORFOLK | SOMERSET | WILLIAMSBURG |
| CHELMSFORD | KINGSTON | N. ANDOVER | SOMERVILLE | WILMINGTON |
| CHELSEA | LAKEVILLE | N. ATTLEBORO | SOUTHAMPTON | WINCHENDON |
| CLINTON | LANCASTER | N. BROOKFIELD | SOUTHBOROUGH | WINTRHOP |
| COHASSET | LAWRENCE | N. READING | SOUTHBRIDGE | WOBURN |
| CONCORD | LEE | NORTHAMPTON | SOUTHWICK | WRENTHAM |
| DANVERS | LEICESTER | NORTHBOROUGH | SPENCER | |

MPOWELL01690