UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS *ex rel.* MYKEL POWELL, COMMONWEALTH SECOND AMENDMENT, INC. and BRENT CARLTON; and MYKEL POWELL,<br><br>    Plaintiffs,<br><br>    v.<br><br>BRIAN HOLMES, in his Individual and his Official Capacity as the Sergeant of the Stoughton Police Department; JAMES O'CONNOR, in his Individual and his Official Capacity as Deputy Chief of the Stoughton Police Department; DONNA M. McNAMARA, in her Individual and her Official Capacity of the Stoughton Police Department; VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and PETER DOWD,<br><br>    Defendants. | Docket No. 1:18-cv-11336-FDS |

## CITY OF SPRINGFIELD'S MOTION TO DISMISS
## FOR FAILURE TO STATE A CLAIM

Now comes the Defendant City of Springfield, and respectfully moves this Honorable Court to dismiss this civil action pursuant to Fed. R. Civ. Pro. 12(b)(6). As reasons therefore, the Plaintiffs fail to state a claim for which relief can be granted against Springfield because: 1) the State cannot sue itself; 2) Plaintiffs fail to plead facts sufficient to allege fraud; and 3) Plaintiffs cannot qualify as relators and, thus, do not have standing to bring this claim.

WHEREFORE, the City of Springfield respectfully requests that this Honorable Court dismiss Plaintiffs' claims for failure to state a claim against the City of Springfield. As grounds therefore, the City of Springfield submits a memorandum of law in support of this motion.

Dated:  September 8, 2020

The Defendant City of Springfield,<br>
by and through its attorney,<br><br>
/s/ Kathryn G. Foster<br><br>
Kathryn G. Foster, BBO #676046<br>
City of Springfield Law Department<br>
1600 E. Columbus Ave., 2d Floor<br>
Springfield, MA 01103<br>
Tel: 413-787-6149<br>
kfoster@springfieldcityhall.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above motion on all attorneys of record through ECF.

Dated: September 8, 2020

/s/ Kathryn Foster<br>
Attorney Kathryn Foster