UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF
MASSACHUSETTS *ex rel.* MYKEL
POWELL, COMMONWEALTH SECOND
AMENDMENT, INC. and BRENT
CARLTON; and MYKEL POWELL,
     Plaintiffs,  v.

BRIAN HOLMES, in his Individual and his
Official Capacity as the Sergeant of the
Stoughton Police Department; JAMES
O'CONNOR, in his Individual and his
Official Capacity as Deputy Chief of the
Stoughton Police Department; DONNA M.
McNAMARA, in her Individual and her
Official Capacity of the Stoughton Police
Department; VILLAGE GUN SHOP, INC.
d/b/a VILLAGE VAULT; and PETER
DOWD,
     Defendants.

Docket No. 1:18-cv-11336-FDS

APPEARANCE OF ATTORNEY KATHRYN FOSTER
ON BEHALF OF THE CITY OF SPRINGFIELD

Please enter my appearance on behalf of the Defendant City of Springfield.

/s/ Kathryn G. Foster
Kathryn Foster, Esq. BBO #676046
City of Springfield Law Department
1600 E. Columbus Ave., 2d Floor
Springfield, MA 01103
tel: 413-787-6149
kfoster@springfieldcityhall.com

CERTIFICATE OF SERVICE

I certify that I caused a copy of this document on attorneys of record for all parties through ECF.

Dated: September 8, 2020                                    /s/ Kathryn G. Foster
                                                           Kathryn Foster, Esq.