UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS *ex rel.* MYKEL POWELL, COMMONWEALTH SECOND AMENDMENT, INC. and BRENT CARLTON; and MYKEL POWELL,<br>　　Plaintiffs, v.<br><br>BRIAN HOLMES, in his Individual and his Official Capacity as the Sergeant of the Stoughton Police Department; JAMES O'CONNOR, in his Individual and his Official Capacity as Deputy Chief of the Stoughton Police Department; DONNA M. McNAMARA, in her Individual and her Official Capacity of the Stoughton Police Department; VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and PETER DOWD,<br>　　Defendants. | Docket No. 1:18-cv-11336-FDS |

NOTICE WITH REGARD TO MUNICIPAL JOINT 12(b)(6) MOTION TO DISMISS

　The City of Springfield adopts all arguments in the Municipal Defendants' Joint 12(b)(6) Motion not already put forward in its 12(b)(6) Motion filed on September 9, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kathryn G. Foster
　　　　　　　　　　　　　　　　　　　　　　　Kathryn Foster, Esq. BBO #676046
　　　　　　　　　　　　　　　　　　　　　　　City of Springfield Law Department
　　　　　　　　　　　　　　　　　　　　　　　　1600 E. Columbus Ave., 2d Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Springfield, MA 01103
　　　　　　　　　　　　　　　　　　tel: 413-787-6149/kfoster@springfieldcityhall.com

CERTIFICATE OF SERVICE

I certify that I caused a copy of this document to be served on attorneys of record for all parties through ECF.

Dated: September 22, 2020                                   /s/ Kathryn G. Foster
                                                            Kathryn Foster, Esq.