UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS *ex rel.* MYKEL POWELL, COMMONWEALTH SECOND AMENDMENT, INC. and BRENT CARLTON; and MYKEL POWELL,<br><br>Plaintiffs,<br><br>-against-<br><br>SGT. BRIAN HOLMES, in his Individual and Official Capacity as Sergeant of the Stoughton Police Department; JAMES O'CONNOR, in his Individual and Official Capacity as Deputy Chief of the Stoughton Police Department; DONNA M. McNAMARA, in her Individual and Official Capacity as Chief of the Stoughton Police Department; VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT; and PETER DOWD,<br><br>Defendants. | CIVIL ACTION NO.<br>1:18-cv-11336-FDS<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM ON CERTIFICATION TO THE SUPREME JUDICIAL COURT** |

Plaintiffs respectfully seek leave to file the supplemental memorandum attached hereto. This supplemental memorandum suggests that, to the extent the issue is dispositive, the Court consider certifying the meaning of "person" (under the Massachusetts False Claims Act) to the Supreme Judicial Court.

Pursuant to Local Rule 7.1, Plaintiffs conferred with counsel for the Defendants in advance of filing this motion. The parties were unable to resolve this matter.

Dated: November 5, 2020

                                                Respectfully submitted,

                                                THE PLAINTIFFS,
By their attorneys,

 /s/ David D. Jensen
David D. Jensen
David Jensen PLLC
33 Henry Street
Beacon, New York 12508
Tel: 212.380.6615
Fax: 917.591.1318
david@djensenpllc.com

Margarita Smirnova, Esq.
BBO No. 680429
7 Greenbriar Drive, Unit 109
North Reading, Massachusetts 01864
Telephone: (617) 875-8663
margarita.smirnova@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on Nov. 5, 2020.

                                                 /s/ David D. Jensen
                                               David D. Jensen