UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 1:18-cv-11336FDS

COMMONWEALTH OF MASSACHUSETTS
*ex rel.* MYKEL POWELL, COMMONWEALTH
SECOND AMENDMENT, INC. and BRENT
CARLTON; and MYKEL POWELL,

Plaintiffs,

v.

BRIAN HOLMES, in his Individual and his
Official Capacity as Deputy Chief of the
Stoughton Police Department; JAMES
O'CONNOR, in his Individual and his Official
Capacity as Sergeant of the Stoughton Police
Department; DONNA M. McNAMARA, in her
Individual and his Official Capacity as Chief of
the Stoughton Police Department; VILLAGE
GUN SHOP, INC. d/b/a VILLAGE VAULT;
PETER DOWD; CITY OF SPRINGFIELD;
TOWN OF PLYMOUTH; TOWN OF
WINCHESTER; CITY OF CHICOPEE; TOWN
OF DEDHAM; CITY OF MEDFORD; TOWN
OF READING; TOWN OF WAKEFIELD;
TOWN OF WILMINGTON; TOWN OF
ANDOVER; TOWN OF FOXBOROUGH; CITY
OF GARDNER; TOWN OF HUDSON; and
TOWN OF SAUGUS,

Defendants

**NOTICE OF APPEARANCE**

In accordance with Rule 83.5.2(a) of the Local Rules of the United States District Court for the District of Massachusetts, Assistant Attorney General Jeffrey T. Walker respectfully enters an appearance as counsel of record for the Office of the Massachusetts Attorney General, an interested third party in the above-captioned matter.

Respectfully Submitted,

                                        COMMONWEALTH OF MASSACHUSETTS

                                        MAURA HEALEY
                                        ATTORNEY GENERAL

                                        By: /s/ Jeffrey Walker
                                        Jeffrey T. Walker, BBO# 673328
                                        Assistant Attorney General
                                        Office of Attorney General Maura Healey
                                        One Ashburton Place
                                        Boston, MA 02108
                                        617-727-2200
January 5, 2021                       *jeffrey.walker@mass.gov*

## CERTIFICATE OF SERVICE

I hereby certify that I served this document upon all attorneys of record by filing through the ECF system.

January 5, 2021                            /s/   Jeffrey Walker
                                              Jeffrey Walker, AAG