UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COMMONWEALTH OF MASSACHUSETTS EX REL. MYKEL POWELL, et al., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No.: 18-11336-FDS |
| SGT. BRIAN HOLMES, et al., Defendants. | : : : : | |

**DEFENDANTS VILLAGE GUN SHOP, INC. d/b/a VILLAGE VAULT AND PETER DOWD'S ASSENTED TO MOTION TO RESCHEDULE STATUS CONFERENCE**

Defendants Village Gun Ship, Inc. d/b/a Village Vault and Peter Dowd, with the assent of the plaintiffs and defendants Brian Holmes and James O'Connor, respectfully request that this Court reschedule the status conference set for July 27, 2021 to: July 30, 2021; the afternoon of August 11, 2021; or August 18, 2021. As the grounds for this request, Village Vault and Dowd state as follows:

1. Following this Court's issuance of its memorandum and order on defendants' motions to dismiss and motion for judgment on the pleadings, a decision that excised a number of parties from this action, this Court scheduled a status conference for July 27, 2021 at 3:10 p.m.

2. Counsel for Village Vault and Dowd has a conflict on that date, as he is scheduled for a final pretrial conference in the morning and, at 2:30 that afternoon, is scheduled for oral argument on motions for judgment on the pleadings in the matter of *Godere v. City of Chicopee and the Civil Service Commission,* Hampden County Superior Court Docket No.: 2079CV00168. That dispositive motion hearing is expected to be lengthy.

3. The attorneys who have appeared for the remaining parties in this action have conferred and would be available for a status conference on: July 30, 2021; the afternoon of August 11, 2021; or August 18, 2021.

4. Counsel for the plaintiffs, as well as for defendants Holmes and O'Connor, graciously have assented to this request.

WHEREFORE, Village Vault and Dowd respectfully request that the July 27, 2021 status conference be rescheduled to: July 30, 2021; the afternoon of August 11, 2021; or August 18, 2021.

          Respectfully submitted,
          Defendants Village Gun Shop, Inc. d/b/a Village Vault
          and Peter Dowd,
          By their attorney,

          /s/ Andrew J. Gambaccini
          Andrew J. Gambaccini, BBO #: 654690
          Reardon, Joyce & Akerson, P.C
          4 Lancaster Terrace
          Worcester, MA 01609
          508.754.7285
          agambaccini@rja-law.com

Assented to:
Plaintiffs,
By their attorneys,

/s/ Margarita Smirnova
Margarita Smirnova, BBO #: 680429
7 Greenbriar Drive, Unit 109
North Reading, MA 01864
617.875.8663
margarita.smirnova@gmail.com

/s/ David Jensen
David Jensen, *Pro Hac Vice*
David Jensen PLLC
33 Henry Street
Beacon, NY 12508
212.380.6615
david@djensenpllc.com

Defendants Holmes and O'Connor,
By their attorneys,

/s/ Erica Brody
Thomas R. Donohue, BBO #: 643483
Erica Brody, BBO #: 681572
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street, 12th Floor
Boston, MA 02116
617.880.7100
tdonohue@bhpklaw.com
ebrody@bhpklaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on July 23, 2021.

                                                        /s/ Andrew J. Gambaccini
                                                        Andrew J. Gambaccini