## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH *ex rel.* POWELL, *et. al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> HOLMES, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:18-cv-11336-FDS <br><br> **SUPPLEMENTAL DECLARATION OF DAVID D. JENSEN, ESQ. REGARDING SERVICE** |

I, David D. Jensen, declare as follows:

1.  I am counsel for Plaintiffs in the above-captioned matter. I submit this declaration to provide additional details regarding service of the motion on the proposed new parties pursuant to Local Rule 15.1.

2.  On September 10, 2021, I sent copies of the motion and amended pleading to the attorneys who had appeared on behalf of the dismissed municipalities, along with a letter stating the pleading would be filed on September 24, 2021, by both U.S. Mail and email.

3.  On September 13, 2021, Attorney Brad Louison emailed me in response and indicated that he represented the individual defendants connected to the Town of Wakefield. He stated, "On behalf of the Town of Wakefield and any employees of the Town which might be named as defendants, I do not assent to the proposed motion to amend the complaint."

I affirm all of the foregoing statements under the penalty of perjury under the laws of the United States of America.

Dated: October 17, 2021

                                                                                       /s/ David D. Jensen
                                                                                       David D. Jensen, Esq.

-2-

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on Oct. 17, 2021.

 /s/ David D. Jensen
David D. Jensen, Esq.