UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS *ex rel.* MYKEL POWELL, *et al.*,<br><br>    Plaintiffs,<br><br>  -against-<br><br>BRIAN HOLMES, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:18-cv-11336-FDS<br><br>**PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND THE DEADLINE FOR THEIR RESPONSE** |

  Plaintiffs respectfully move the Court to extend the deadline for responding to the Commonwealth's motion (Doc. No. 139) by one day, to February 3, 2022. In support of this motion, Plaintiffs advise that the Commonwealth filed a notice of supplemental authority yesterday (on February 1, 2022) and that the Stoughton Defendants (O'Connor, Holmes & McNamara) have advised they are filing a motion for judgment on the pleadings later today (which they have just now filed). The Plaintiffs consider it prudent to thoroughly review both submissions before submitting their opposition brief, which will not be possible if the opposition is due today. Counsel for the Stoughton Defendants and the Village Vault Defendants (Village Gun Shop and Dowd) have assented to this motion, as has counsel in the Attorney General's office. Wherefore, Plaintiffs respectfully move the Court for the requested one-day extension.

Dated: February 2, 2022

Respectfully submitted,

THE PLAINTIFFS,
By their attorneys,


 /s/ David D. Jensen
David D. Jensen
David Jensen PLLC
33 Henry Street
Beacon, New York 12508
Tel:  212.380.6615
Fax:  917.591.1318
david@djensenpllc.com

Margarita Smirnova, Esq.
BBO No. 680429
7 Greenbriar Drive, Unit 109
North Reading, Massachusetts 01864
Telephone: (617) 875-8663
margarita.smirnova@gmail.com


### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on Feb. 2, 2022.

 /s/ David D. Jensen
David D. Jensen