UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

<u>Mykel Powell et al</u>
Plaintiff

                                                CIVIL ACTION
                                                NO. 1:18-11336-FDS

      V.

<u>SGT. Brian Holmes et al</u>

Defendant

## <u>SETTLEMENT ORDER OF DISMISSAL</u>

# <u>Saylor, C. J.</u>

      The Court having been advised on November 30, 2022, that the above-entitled action has been settled:

      **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                                             By the Court,

<u>November 30, 2022</u>                          <u>  /s/Samantha Dore  </u>
Date                                                           Deputy Clerk