UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS *ex rel.* MYKEL POWELL, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>BRIAN HOLMES, *et al.*,<br><br>    Defendants. | Docket No. 1:18-cv-11336-FDS |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS, TOWN OF STOUGHTON, DONNA MCNAMARA, BRIAN HOLMES AND JAMES O'CONNOR ONLY

The parties stipulate pursuant to the provisions of Federal R. Civ. P. Rule 41(a)(1)(A)(ii) that all claims in this action between the Plaintiffs and Defendants, Town of Stoughton, Donna McNamara, Brian Holmes and James O'Connor <u>only</u> be dismissed, with prejudice. The parties further waive the award of interest, costs, and/or attorneys' fees, and waive all rights of appeal.

[*signatures on the next page*]

Respectfully submitted,

The Plaintiffs,
By their attorneys,

/s/ Margarita Smirnova
Margarita Smirnova, BBO # 680429
7 Greenbriar Drive, Unit 109
North Reading, MA 01864
617.875.8663
margarita.smirnova@gmail.com


/s/ David Jensen
David Jensen PLLC
33 Henry Street
Beacon, New York 10038
212.380.6615
david@djensenpllc.com


Defendants,
Brian Holmes, James O'Connor, and Donna A. McNamara,
By their attorneys,

/s/ Erica L. Brody
Thomas R. Donohue, BBO# 643483
Erica L. Brody, BBO# 681572
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street, 12th Floor
Boston, MA 02116
(617) 880-7100
tdonohue@bhpklaw.com
ebrody@bhpklaw.com


Defendants,
Village Gun Shop, Inc. d/b/a
Village Vault and Peter Dowd,
By their attorney,

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini, BBO # 654690
Reardon, Joyce & Akerson, P.C
4 Lancaster Terrace
Worcester, MA 01609
508.754.7285
agambaccini@rja-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

                                                        */s/ Erica L. Brody*
                                                        Erica L. Brody, BBO # 681572

Dated: March 15, 2023