UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COMMONWEALTH OF MASSACHUSETTS EX REL. MYKEL POWELL, et al.,**  Plaintiffs, | : : : : : |
| v. | : :  C.A. No.: 18-11336-FDS |
| **SGT. BRIAN HOLMES, et al.,**  Defendants. | : : : : |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41 (a) (1) (A) (ii), the parties hereby agree and stipulate to the dismissal of this action in its entirety as concerns Village Gun Shop, Inc. d/b/a Village Vault and Peter Dowd. Owing to a prior dismissal regarding the other defendants, this stipulation fully closes this case. This dismissal is to be with prejudice, without costs, without attorneys' fees being awarded to any party and with all parties waiving all rights of appeal as to this stipulation.

Plaintiffs,
By their attorneys,

/s/ Margarita Smirnova
Margarita Smirnova, BBO #: 680429
7 Greenbriar Drive, Unit 109
North Reading, MA 01864
617.875.8663
margarita.smirnova@gmail.com

/s/ David Jensen
David Jensen, Pro Hac Vice
David Jensen PLLC
33 Henry Street
212.380.6615
david@djensenpllc.com

Defendants Village Gun Shop, Inc.
d/b/a Village Vault,
By their attorney,

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini, BBO #: 654690
Reardon, Joyce & Akerson, P.C
4 Lancaster Terrace
Worcester, MA 01609
508.754.7285
agambaccini@rja-law.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on September 13, 2023.

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini